UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 8:25-cv-01683-RGK-PD | Date | September 4, 2025 |
|---|---|---|---|
| Title | *Orion Power Holdings US, LLC et al. v. Hansel Orion Bailey* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Preliminary Injunction

    On July 31, 2025, Orion Power Holdings US, LLC ("Orion Power") and American Logistic Management, LLC (collectively, "Plaintiffs") filed a Complaint against Hansel Orion Bailey ("Defendant") asserting claims for violation of California Business and Professions Code § 17200, constructive fraud, theft under California Penal Code § 496(c), breach of fiduciary duty, conversion, and tortious interference with contract. (ECF No. 1.)

    On July 31, 2025, Plaintiffs filed an *Ex Parte* Application for Temporary Restraining Order ("TRO"). (ECF No. 5.) Plaintiffs sought to enjoin Defendant from interfering with Orion Power's business operations. Plaintiffs sought this relief without notice to Defendant due to the serious irreparable harm Defendant had already caused Plaintiffs and the fear that notice of legal action might embolden Defendant to cause even greater irreparable harm. On August 1, 2025, the Court granted the Application and issued a TRO, ordering that Defendant may not interfere with Orion Power's business operations. (ECF No. 20.) The Court also ordered Defendant to show cause in writing as to why a preliminary injunction should not issue. (*Id.*)

    On August 22, 2025, Defendant filed his opposition to the preliminary injunction. (ECF No. 25.) On August 29, 2025, Plaintiffs responded. (ECF No. 27.) Upon review of the parties' responses, the Court finds it lacks subject matter jurisdiction over this action.

    Pursuant to 28 U.S.C. § 1332, a district court shall have original jurisdiction over any civil action where the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different States. In the complaint, Plaintiffs assert that the Court has diversity jurisdiction. However, as all parties confirmed in their papers regarding the preliminary injunction, Plaintiffs and Defendant are all citizens of California and thus this Court lacks subject matter jurisdiction.

    Given the lack of subject matter jurisdiction, the Court **DISMISSES** the Complaint **without prejudice**, and **DENIES** the request for a preliminary injunction **as moot**.

UNITED STATES DISTRICT COURT  JS6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:25-cv-01683-RGK-PD | Date | September 4, 2025 |
|---|---|---|---|
| Title | *Orion Power Holdings US, LLC et al. v. Hansel Orion Bailey* | | |

**IT IS SO ORDERED.**

:

Initials of Preparer